IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ballinger, Dwight | Case Number: 08 B 20942 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 8/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 13, 2009
Confirmed:  October 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 385.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 359.59 |
| Trustee Fee: |  | 25.41 |
| Other Funds: |  | 0.00 |
| Totals: | 385.00 | 385.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 359.59 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 378.93 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 349.94 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 50.09 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 38.78 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 55.26 | 0.00 |
| 8. | Receivables Management Inc | Unsecured | 75.00 | 0.00 |
| 9. | ERS | Unsecured | 56.81 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 48.90 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 349.94 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 231.00 | 0.00 |
| 13. | Collect Systems | Unsecured | | No Claim Filed |
| 14. | Collect Systems | Unsecured | | No Claim Filed |
| 15. | Collect Systems | Unsecured | | No Claim Filed |
| 16. | Custom Collection | Unsecured | | No Claim Filed |
| 17. | Aspire | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Pullman Bank & Trust | Unsecured | | No Claim Filed |
| 20. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 5,098.65 | $ 359.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ballinger, Dwight

Printed: 02/24/09

Case Number: 08 B 20942
Judge: Goldgar, A. Benjamin
Filed: 8/11/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 25.41 |
|  | $ 25.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: